*Thomas W. Beecher*, in opposition.

Decided June 29, 2000

## TOWN OF NEW MILFORD *v.* WILFRED J. MEGIN II, TRUSTEE

The defendant's petition for certification for appeal from the Appellate Court, 57 Conn. App. 903 (AC 19866), is denied.

SULLIVAN and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Wilfred J. Megin II*, pro se, in support of the petition.

*Thomas W. Beecher*, in opposition.

Decided June 29, 2000

## PATRICIA HARVEY *v.* RALPH HARVEY

The defendant's petition for certification for appeal from the Appellate Court (AC 18768) is denied.

NORCOTT and SULLIVAN, Js., did not participate in the consideration or decision of this petition.

*Ralph Harvey*, pro se, in support of the petition.

*Sheila K. Rosenstein*, in opposition.

Decided June 29, 2000